AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 1:19-cr-21-JPH-KMB-1 |
| Taylor | ) | USM No: Reg. No. 16810-028 |
| | ) | |
| Date of Original Judgment: _____09/10/2020_____ | ) | |
| Date of Previous Amended Judgment: _____ | ) | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____09/10/2020____ shall remain in effect.
**SO ORDERED.**

Date:  07/02/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00021-JPH-KMB |
| | ) | |
| GEORGE TAYLOR, JR., | ) | -01 |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING MOTION TO REDUCE SENTENCE**

George Taylor, Jr. has filed a motion to reduce his sentence under

Amendment 821 to the United States Sentencing Guidelines, which

retroactively lowered the sentencing guidelines calculation for some

defendants.  Dkt. 148.

Under 18 U.S.C. § 3582(c), a district court "may not modify a term of

imprisonment once it has been imposed" unless an exception applies.  *See*

*Dillon v. United States*, 560 U.S. 817, 824 (2010).  One of those exceptions is for

"a defendant who has been sentenced to a term of imprisonment based on a

sentencing range that has subsequently been lowered by the Sentencing

Commission."  18 U.S.C. § 3582(c)(2).  Motions for sentence reductions under §

3582(c)(2) are evaluated in "a two-step inquiry."  *Dillon*, 560 U.S. at 826–27.

First, the district court must determine whether the reduction is permissible

under the amended guidelines.  *Id.*  If that first step is satisfied, the district

court must consider "any applicable § 3553(a) factors and determine whether,

1

in its discretion, the reduction . . . is warranted . . . under the particular circumstances of the case." *Id.*

Here, Mr. Taylor seeks a reduction under Amendment 821 Part B, which decreases the offense level "for certain zero-point offenders." Dkt. 148; USSG §4C1.1(a). The government responds that Mr. Taylor is not eligible for a reduction because he is not a zero-point offender. Dkt. 157.

To be eligible for the zero-point offender retroactive adjustment, Mr. Taylor must have "not receive[d] any criminal history points from Chapter Four Part A" of the sentencing guidelines. USSG §4C1.1(a)(1). However, he received one criminal history point under USSG §4A1.1(c) for a 2008 conviction. Dkt. 111 at 10. Mr. Taylor therefore is not eligible for a sentence reduction under *Dillon*'s first step, and his motion is **DENIED**. Dkt. [148].

**SO ORDERED.**

Date: 7/2/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel

George Taylor, Jr.
Reg. No. 16810-028
FCI Yazoo City Medium
Federal Correctional Institution
P.O. Box 5000
Yazoo City, MS 39194